UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

United States Liability Insurance Company )
)
) Case No.: 3:10cv166
v. ) Judge Nixon
)
Cragnacker's Bar & Grill, Inc., et al. )
)

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on August 23, 2010.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk